(66 South. 542)

No. 20914.

Succession of MORRIS.

(Nov. 16, 1914.)

*(Syllabus by the Court.)*

APPEAL AND ERROR ☞396—CITATION OF APPEAL—NECESSITY.

Citation of appeal is necessary, when the petition or motion is filed after adjournment of the term at which the judgment was rendered, or in vacation, or at a subsequent term; and the appeal will be dismissed, if the appellant has not prayed for a citation of appeal, and none has been served.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2099, 2102, 2104, 2150; Dec. Dig. ☞396.]

Appeal from Civil District Court, Parish of Orleans; Porter Parker, Judge.

In the matter of the succession of George J. Morris. Appeal from a consent judgment. Appeal dismissed.

A. D. Danziger, of New Orleans, for widow. L. De Poorter, of New Orleans, for executrix and heirs.

On Motion to Dismiss Appeal.

SOMMERVILLE, J. The judgment appealed from was rendered, by consent of parties, out of term time, and during vacation. The appeal was taken by motion, during the vacation of the court, and without citation to the appellee. On the authority of Bolling v. Anderson, 10 La. Ann. 650, McGaw v. O'Bierne, 124 La. 989, 50 South. 819, and Frederick v. Marx, 127 La. 149, 53 South. 474, the appeal will have to be dismissed.

Appeal dismissed.